Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EOS FITNESS OPCO HOLDINGS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07825-ODW-MRW<br><br>Honorable Judge Otis D. Wright, II<br>Courtroom 5D, 5th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 30, 2021<br>Trial Date: None |

1  Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis.  A notice of dismissal with
3  prejudice of Plaintiff's individual claims and without prejudice of the claims of the
4  purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)
5  will be filed upon execution of a formal settlement agreement.  Plaintiff reserves
6  the right to reopen within forty-five (45) days if a settlement is not finalized.

8  Dated: November 1, 2021                              Respectfully Submitted,

10                                        /s/ Thiago M. Coelho
                                          Thiago M. Coelho
11                                        **WILSHIRE LAW FIRM**
                                          *Attorneys for Plaintiff and*
12                                        *Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 1, 2021                    */s/ Thiago M. Coelho*
                                           Thiago M. Coelho