JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-07825-ODW (MRWx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | *Thuy Thanh Alonzo v. EOS Fitness OPCO Holdings, LLC* | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not present                          Not present

**Proceedings (In Chambers):**

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice, (ECF No. 15), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein by Plaintiff individually are hereby **DISMISSED WITH PREJUDICE**; and

2. The entire action and all claims asserted therein by the putative class are hereby **DISMISSED WITHOUT PREJUDICE**.

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                : 00

                                          Initials of Preparer   SE